UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MEIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　　Defendant. | Case No. 24-cv-06014-AMO<br><br>**ORDER DENYING MOTION TO REMAND**<br><br>Re: Dkt. No. 19 |

Before the Court is Lisa Meier's motion to remand this action back to state court. Having reviewed the allegations in the complaint, and the arguments set forth in the parties' briefing on the motion, the Court finds that FCA US LLC has demonstrated that the amount in controversy is likely to exceed the jurisdictional threshold set by 28 U.S.C. § 1332(a). Accordingly, the motion to remand is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 6, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**